USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/4/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE: 60 91ST STREET CORP**

---

**21-cv-0968 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On July 22, 2021, Appellee Heidi Sorvino filed a Motion to Dismiss Appellant Kim Mortimer's Appeal of the Sale Order. ECF No. 6. To date, Appellant has not responded. Accordingly, Appellant is ORDERED to respond to Appellee's motion on or before **January 18, 2022**.

Appellee is directed to serve this Order on *pro se* Appellant and file proof of service no later than **January 5, 2022**.

**SO ORDERED.**

**Dated:   January 4, 2022**

   New York, New York

   **ANDREW L. CARTER, JR.**
   **United States District Judge**