```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/14/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE: 60 91ST STREET CORP**

**21-cv-0968 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Appellant's submission requesting an extension of her time to respond to Appellee's motion to dismiss. ECF No. 10. Due to the impending deadline to respond, the request is granted in part and denied in part. Appellee should submit a letter no later than **January 19, 2022** stating its position regarding the proposed extension. Appellant's time to respond is hereby extended until **February 2, 2022.** The Court will revisit the proposed extension upon receipt of Appellee's submission.

Appellee is directed to serve this Order, a copy of the docket sheet, and its motion to dismiss filing on *pro se* Appellant by email and mail and file proof of service no later than **January 19, 2022**. Appellant is directed to provide the Court with an updated mailing address so that hard copies of court documents can be transmitted to her.

**SO ORDERED.**

**Dated:   January 14, 2022**
         New York, New York

                                                         _____
                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**