UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: 60 91ST STREET CORP

21-cv-0968 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Appellee's submission opposing Appellant's request for an extension of her time to respond to Appellee's motion to dismiss. ECF No. 12. The Court declines to extend Appellant's time to respond to Appellee's Motion to Dismiss beyond **February 2, 2022**. Failure to submit a response by **February 2, 2022** shall result in the Court considering Appellee's motion unopposed. If Appellee files a reply, such reply is due no later than 14 days after Appellant's response is filed.

The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Appellant at the below address and to update Appellant's contact information accordingly:

Kim Mortimer
PO Box 56
Planeterium Station
New York, New York 10024
Kimmortimer5@gmail.com

**SO ORDERED.**

Dated:   January 24, 2022
         New York, New York

ANDREW L. CARTER, JR.
United States District Judge