**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/1/22__

**IN RE: 60 91ST STREET CORP**

**21-cv-0968 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Appellant's letter dated January 28, 2022. The Court denies Appellant's request that "the Courts Subpoena all the actual Court Hearing Transcripts of the underlying Bankruptcy Case 20-10338, the Adversary Proceedings initiated by the Chapter 11 Trustee, as well as the initial State Action in, where I was denied the opportunity to be heard." ECF No. 15. As Judge Engelmayer explained in his decision dismissing a separate appeal filed by Appellant concerning the same bankruptcy proceeding, Appellant is responsible for obtaining and filing any relevant transcripts from the underlying proceeding, pursuant to Federal Rule of Bankruptcy Procedure 8009(b). *See In re 60 91st Street Corp*, 20 Civ. 7654 (PAE), 2021 WL 4124734 (September 9, 2021). Appellant was also informed that she can obtain such transcripts at no cost. *Id*. at *2. Appellant has not shown she has attempted to obtain the requested bankruptcy transcripts. Additionally, Appellant has not demonstrated the relevance of the other transcripts and proceedings she references.

  The Clerk of Court is respectfully directed to serve upon *pro se* Appellant a copy of this order and the complete docket sheet for this action.

**SO ORDERED.**

**Dated: February 1, 2022**
    New York, New York

                     **ANDREW L. CARTER, JR.**
                       **United States District Judge**