USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/23/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE: 60 91ST STREET CORP**

**21-cv-0968 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is respectfully directed to mail a copy of the order at ECF No. 16, the instant order, and a copy of the docket to *pro se* Appellant at the below address. The Clerk of Court is also directed to update Appellant's contact information on the docket sheet accordingly:

Kim Mortimer
PO Box 56
Planeterium Station
New York, New York 10024
Kimmortimer5@gmail.com

**SO ORDERED.**

**Dated:   February 23, 2022**
           New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**